# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| JOSHUA PLUMB<br>*Plaintiff*<br>v.<br>FINANCIAL COLLECTION AGENCY OF ANCHORAGE, INC.<br>*Defendant* | Civil Action No. 3:19-cv-00084-JWS |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the plaintiff recover nothing, the action be dismissed on the merits, and the defendant Financial Collection Agency of Anchorage, Inc. recover costs in the amount of $ _____ , from the plaintiff Joshua Plumb.

APPROVED:

**s/John W. Sedwick**
John W. Sedwick
Senior United States District Judge

Date: December 18, 2019

                                                                       **Jennifer A. Gamble**
                                                                       Jennifer A. Gamble
                                                                      Acting Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*